**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 11 B 33167 |
| Alfred A Benjamin ) | Judge Hon. Schmetterer |
| ) | CHAPTER 13 |
| _____ ) | _____ |
| ) | |
| Alfred A Benjamin ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV. NO. \_\_AP_____ |
| ) | |
| Green Tree Servicing LLC, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A)
AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF
SECURTIY AND RELEASE OF GREEN TREE SERVICING'S
UNDERLYING LIEN ON DEBTOR'S PROPERTY**

NOW COMES the Plaintiff, Alfred A Benjamin, by and through his attorneys, Robert J. Semrad & Associates, and states as follows:

1. The Plaintiff filed a petition under Chapter 13 of the U. S. Bankruptcy Code on August 13, 2011.

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

5. This Honorable Court has not confirmed the Plaintiff's Chapter 13 Plan.

6. Plaintiff, Alfred A Benjamin, is an individual.

7. The Defendant, Green Tree Servicing LLC is a domestic corporation.

8. The Plaintiff is the owner of a house, his principal place of residence, located at 8142 S. Ingleside, Chicago, IL 60619.

9. That Rushmore Loan Management Services holds a first mortgage lien on the real property commonly known as 8142 S. Ingleside, Chicago, IL 60619, with a secured claim of $328,800.00 pursuant to the Plaintiff's recent statement. Rushmore Loan Management Services has not yet filed a proof of claim in Plaintiff's Chapter 13 bankruptcy case. Please see attached Exhibit A for Plaintiff's recent statement.

10. The defendant holds a second mortgage lien on the real property known as 8142 S. Ingleside, Chicago, IL 60619 in the secured amount of $43,522.68 pursuant to the proof of claim filed by Green Tree Servicing LLC on August 31, 2011. Please see attached Exhibit B for said proof of claim.

11. On August 12, 2011, LM Appraisal Group provided the Plaintiff with property comparables which indicate the value of 8142 S. Ingleside, Chicago, IL 60619 to be approximately $165,000.00. Please see attached Exhibit C for property comparables.

12. That the claim of Rushmore Loan Management Services exceeds the value of the subject property, leaving nothing for Defendant's claim to attach to. Defendant's lien should be cancelled pursuant to §506 and §1327 (b)(2).

WHEREFORE, the Plaintiff, Alfred A Benjamin, prays this Honorable Court for the following relief:

A. That this Court hold the interest of the Defendant with respect to real estate located at 8142 S. Ingleside, Chicago, IL 60619, is valued at zero.

B. The Defendant is ordered to cancel and release its underlying lien on the Plaintiff's real estate located at 8142 S. Ingleside, Chicago, IL 60619, and provide to the Plaintiff proof thereof within 30 days.

C. That the Plaintiff has such other and further relief as the Court may deem just and proper.

                Respectfully submitted,

                ROBERT J. SEMRAD & ASSOCIATES

                /s/ *Christine Thurston*_____
                By: One of the Attorneys for Plaintiff

ROBERT J. SEMRAD & ASSOCIATES, LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625